# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

TOMMY SHARP,

    Plaintiff,

v.                                                                       No. 21-cv-0704 MV-JHR

U.S. DEPARTMENT OF JUSTICE, and
WILLIAM BAR,

    Defendants.

## ORDER TO CURE DEFICIENCIES

This matter comes before the Court on Plaintiff's Civil Letter-Complaint (Doc. 1). He seeks damages based on, inter alia, treason and racketeering. The filing is deficient because Plaintiff failed to prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with a six-month account statement. *See* 28 U.S.C. § 1915(a)(2). Plaintiff must cure this deficiency within thirty (30) days of entry of this Order. Because certain mailings were returned as undeliverable, Plaintiff must also confirm his address and inmate number by the same deadline. All filings must include the case number (21-cv-0704 MV-JHR). The failure to timely comply with this Order will result in dismissal of this case without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff must prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with an inmate account statement reflecting transactions between **January 29, 2021 and July 29, 2021**.

**IT IS FURTHER ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall confirm his current address and inmate number.

**IT IS FINALLY ORDERED** that the Clerk's Office shall mail Plaintiff a blank *in forma*

*pauperis* motion.

_____
UNITED STATES MAGISTRATE JUDGE